NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5147

P.R. CONTRACTORS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Winston G, Decuir Sr., Decuir Clark & Adams, L.L.P., of Baton Rouge, Louisiana, argued for plaintiff-appellant.

Sharon A. Snyder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne F. Davidson, Director, and Donald E. Kinner, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge Mary Ellen Coster Williams

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5147

P.R. CONTRACTORS, INC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

**Judgment**

ON APPEAL from the      United States Court of Federal Claims

in CASE NO(S).            03-CV-30

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, <u>Circuit Judge</u>, ARCHER, <u>Senior Circuit Judge</u>, and DYK, <u>Circuit Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 14, 2008               /s/ Jan Horbaly_____
                                    Jan Horbaly, Clerk